## IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS W. UMBACH, M.D.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JOSEPH HARDY, JR., DISTRICT
JUDGE,
Respondents,
    and
CHRISTIAN MQUOWN,
Real Party in Interest.

No. 80410



FILED

FEB 0 5 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

### *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

This is an original petition for a writ of mandamus challenging a district court order denying a motion to dismiss in a medical malpractice action.

As a general rule, "judicial economy and sound judicial administration militate against the utilization of mandamus petitions to review orders denying motions to dismiss and motions for summary judgment." *State ex rel. Dep't of Transp. v. Thompson*, 99 Nev. 358, 362, 662 P.2d 1338, 1340 (1983), *as modified by State v. Eighth Judicial Dist. Court*, 118 Nev. 140, 147, 42 P.3d 233, 238 (2002); *Buckwalter v. Dist. Court*, 126 Nev. 200, 201, 234 P.3d 920, 921 (2010) (noting that "[n]ormally this court will not entertain a writ petition challenging the denial of a motion to dismiss"). Although the rule is not absolute, *see Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 122 Nev. 132, 142-43, 127 P.3d 1088, 1096 (2006), petitioner has not established that an eventual appeal does not

20-04958

afford an adequate legal remedy. NRS 34.170. Interlocutory review by extraordinary writ is not warranted in this case. For these reasons, we ORDER the petition DENIED.

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.          _____Cadish_____, J.
Hardesty                              Cadish

cc:    Hon. Joseph Hardy, Jr., District Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
The Dysart Law Firm, PC
Maddox, Isaacson & Cisneros, LLP
Eighth District Court Clerk